# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>GEOFFREY L. LEE<br>*Defendant* | ) ) Case No. 2:21-CR-32-1D<br>) )<br>) |

FILED IN OPEN COURT
ON 1-5-2022
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: US Courthouse Annex<br>215 S. Evans Street<br>Greenville, NC | Courtroom No.: 1st Floor Courtroom |
|---|---|
| | Date and Time: 1/11/22 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/05/2022

*Judge's signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*